## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:

| | |
|---|---|
| Ivonete A. Araujo | Case No. 21-11721 |
| | Chapter 13 |
| Debtor, | Judge  Janet S. Baer |

### **NOTICE OF DEFAULT**

Secured Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MCLP

Asset Company, Inc. ("Creditor") submits the following Notice of Default:

1. Debtor, Ivonete A. Araujo, has not complied with the terms of the Agreed Order

    Conditioning the Stay entered by this Court on February 3, 2022 (docket #32)

    (the "Order").

2. Pursuant to the Order, the Debtor was to remain current in mortgage payments

    with respect to the real property located at 970 Valley View Drive, Downers

    Grove, IL 60516.

3. As of May 1, 2025, the Debtor is due for December 1, 2022 through April 1,

    2025 Mortgage payments for a total default of $56,210.57. In addition, the

    Debtor will be responsible for May 1, 2025 payment for a full cure.

4. Debtor is therefore in default of the obligations set forth under the terms of the

    Order.

5. The Debtor shall have fourteen (14) days from the date of the filing of this

    Notice to cure the default as stated above while continuing to make all future

    monthly payments when due.  Should the Debtor fail to cure the default within

    the time allotted, or fail to make the regularly scheduled payments, a Notice of

    Termination will be filed with the court attesting that the default has not been

cured and the automatic stay imposed shall be lifted without further notice or hearing as to the real property located at 970 Valley View Drive, Downers Grove, IL 60516.

Respectfully submitted,

Dated: May 12, 2025

***/s/ Marc G. Wagman***
Potestivo & Associates, P.C.
Marc G. Wagman (6282192)
223 W Jackson Blvd., Suite 610
Chicago, IL 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Creditor
mwagman@potestivolaw.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:

| | |
|---|---|
| Ivonete A. Araujo | Case No. 21-11721 |
| | Chapter 13 |
| Debtor, | Judge  Janet S. Baer |

### <u>AFFIDAVIT OF SERVICE</u>

I, Rachelle Magolan, state that on the 12th day of May, 2025, I served a copy of the Notice of Default and Affidavit of Service of same upon the below listed parties:

Ivonete A. Araujo
970 Valley View Drive
Downers Grove, IL 60516

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532

Adam Brief
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

David H. Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

by placing same in a well-sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester, State of Michigan to Debtor, and via CM-ECF electronic filing to Debtor's Attorney, the Chapter 13 Trustee, and the Office of the U.S. Trustee.

*/s/  Rachelle Magolan*
Rachelle Magolan